UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TING YE,<br>Plaintiff,<br>v.<br>JUSTIN CLAASSEN,<br>Defendant. | Case No. 26-cv-05545-YGR (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for settlement. On October 28, 2026, the Court issued a notice for a video scheduling conference at 9:00 a.m. on November 5, 2026. (Dkt. No. 20.) The Court held the video scheduling conference on November 5, 2026, but Plaintiff Ting Ye ("Plaintiff") failed to appear.

The Court therefore issues this ORDER TO SHOW CAUSE ("OSC") to Plaintiff. By no later than November 16, 2026, Plaintiff must file a response explaining the nonappearance and explaining why the undersigned should not issue a Report and Recommendation that this case should be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: November 5, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California